■ ANNE LUCIANI, Respondent, v RICHARD MARTINEZ, Respondent, and PATRICIA LUCIANI, Appellant.—In a negligence action to recover damages for personal injuries, defendant Luciani appeals from a judgment of the Supreme Court, Kings County, entered September 30, 1974, upon a jury verdict, against her and in favor of plaintiff, and against plaintiff as to defendant Martinez. Judgment affirmed, with one bill of costs jointly to respondents. In our opinion the evidence presented the jury, on the liability trial, with a question of credibility which it resolved in favor of defendant Martinez. Further, the trial court's charge to the jury adequately presented the main contentions of the parties as applied to the pertinent provisions of law (cf. *Green v Downs,* 27 NY2d 205). Hopkins, Acting P. J., Latham, Margett, Christ and Shapiro, JJ., concur.

■ ALBERT MORGAN, Respondent, v MAE EBERHARDT, Defendant and Third-Party Plaintiff-Appellant, et al., Third-Party Defendants.—The respective attorneys for the parties on this appeal from an order of the Supreme Court, Westchester County, entered September 26, 1975, have agreed, after a conference held in this court before Mr. Justice Gittleson on November 12, 1975, that the appeal be withdrawn and a hearing be held with respect to the affirmative defense of release contained in appellant's amended answer, and thereupon signed a stipulation to such effect. In accordance with the foregoing, the appeal is deemed withdrawn, without costs, and the parties are directed to proceed in the Supreme Court, Westchester County, for a hearing with respect to the affirmative defense of release contained in appellant's amended answer. Gulotta, P. J., Rabin, Hopkins, Martuscello and Latham, JJ., concur.

■ NORTH BROADWAY FUNDING CORP., Appellant, v WALTER J. MATHEWS, Respondent.—In two consolidated actions, plaintiff appeals from so much of an order of the Supreme Court, Suffolk County, dated November 14, 1974, as granted its motion to vacate certain items contained in defendant's notice to produce, to the extent of modifying items (C) and (D) of the said notice. Order affirmed insofar as appealed from, with $50 costs and disbursements. Upon the record before us, we think that Special Term properly exercised its discretion in this matter. Hopkins, Acting P. J., Cohalan, Christ, Brennan and Shapiro, JJ., concur.